## UNION CLUB OF HOBOKEN v. UNITED STATES.

### No: 42521.

Court of Claims.

March 7, 1938.

J. Nelson Anderson and Stanley Worth, both of Washington, D. C., for plaintiff.

Fred K. Dyar, of Washington, D. C., and James W. Morris, Asst. Atty. Gen., for the United States.

Before BOOTH, Chief Justice, and GREEN, LITTLETON, WILLIAMS, and WHALEY, Judges.

PER CURIAM.

Upon the foregoing special findings of fact, which are made a part of the judgment herein, the court decides as a conclusion of law that the plaintiff is not entitled to recover; therefore, the petition is dismissed.

Judgment is rendered against plaintiff for the cost of printing the record herein; the amount thereof to be entered by the clerk and collected by him according to law.

See Army & Navy Club of America v. United States, 53 F.2d 277, 72 Ct.Cl. 684, certiorari denied 285 U.S. 548, 52 S.Ct. 405, 76 L.Ed. 939; Chicago Engineers' Club v. United States, 9 F.Supp. 680, 80 Ct.Cl. 615.